JEFFERY SPENCER and Another v. FRANK STANLEY and Another.

October 25, 1898.

Nos. 11,239—(40).

**Motion for New Trial—Failure of Notice to Give Reasons for Motion.**
Where a notice of motion for a new trial does not state any grounds of the motion, an appeal from an order denying the motion will be affirmed.

**Appeal—Failure of Record to Include Notice of Motion.**
An appeal from an order denying a new trial will be affirmed when no notice of motion and no grounds for the motion appear in the record.

Action in the district court for Big Stone county to recover $1,020 on three promissory notes. Defendant I. V. Sherman alone answered. The cause was tried before C. L. Brown, J., and a jury. There was a verdict in favor of defendant, and from an order denying their motion for a new trial, plaintiffs appealed. Affirmed.

*A. S. Crossfield,* for appellants.

*Savage & Purdy,* for respondent.

CANTY, J.

This is an appeal from an order denying a new trial. The paper book contains a notice of motion for a new trial, which does not state any grounds for the motion. This is fatal. See Clark v. Nelson Lumber Co., 34 Minn. 289, 25 N. W. 628.

But we will go further. The return does not show any notice of motion at all, and this is equally fatal.

The order appealed from should therefore be affirmed. So ordered.